UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>DEBRA WESTERFELD<br><br>Debtor | Chapter 13<br>Case No. 21-12452-NVA |
| COMMUNITY LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br><br>Movant<br><br>v.<br><br>DEBRA WESTERFELD<br>7703 OLD BATTLE GROVE ROAD<br>DUNDALK, MD 21222<br>        (Debtor)<br><br>ROBERT S. THOMAS II<br>300 E JOPPA ROAD, SUITE 409<br>TOWSON, MD 21286<br>        (Trustee)<br><br>Respondents | Ref No. 18 |

## OBJECTION TO CONFIRMATION

Community Loan Servicing, LLC, a Delaware Limited Liability Company by its undersigned attorneys, Orlans PC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor Debra Westerfeld ("Debtor"), and as grounds therefore states as follows:

1. On or about September 7, 2011, Debra Westerfeld and Earl J. Westerfeld executed and delivered to Suntrust Mortgage, Inc. a promissory note (the "Note") in the amount of EIGHTY-THREE THOUSAND FIVE HUNDRED SIXTY DOLLARS AND NO CENTS ($83,560.00), plus interest.

2. Debra Westerfeld and Earl J. Westerfeld executed a Deed of Trust to Suntrust Mortgage, Inc. dated September 7, 2011. The Deed of Trust is a first mortgage on real property owned by the Debtor known and numbered as 7703 Old Battle Grove, Dundalk, MD 21222.

3. The current holder of the loan is Community Loan Servicing, LLC, and Debtor identifies the Creditor in their schedules.

4. In Section 4.6.2 of the Plan the Debtor identifies Suntrust Bank, and states an arrearage of $15,095.20 is being cured.

5. In section 4.6.5 of the Plan the Debtor identifies multiple Creditors, but not Community Loan Servicing, LLC, as being paid outside of the plan.

6. The Debtor's Chapter 13 Plan is unclear how it intends to address Community Loan Servicing, LLC.

7. As of April 14, 2021, the pre-petition arrearage was approximately $1,030.58. This figure is an estimate, subject to revision pending the filing of a formal proof of Claim by the Creditor.

8. If the Plan is amended after the filing of the Proof of Claim to treat the arrearage alleged in the Proof of Claim through pre petition arrearage cure payments to the Trustee and direct post petition payments to the Creditor, this objection will be deemed resolved.

WHEREFORE, Community Loan Servicing, LLC, a Delaware Limited Liability Company, by and through its attorneys prays that Confirmation be denied.

Date: 6/4/2021

Respectfully submitted,

\_\_\_\_/s/ Paul J. Moran_____
James E. Clarke, Bar #15153
John E. Tarburton, Bar #26398
Paul J. Moran, Bar #19595
Elizabeth M. Abood-Carroll, Bar #20631
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Community Loan Servicing, LLC, a Delaware Limited Liability Company
jclarke@orlans.com
jtarburton@orlans.com
pmoran@orlans.com
eabood-carroll@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on June 4, 2021, copies of the foregoing Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Robert S. Thomas II
300 E Joppa Road, Suite 409
Towson, MD 21286
ECF@ch13balt.com
*Bankruptcy Trustee*

William Frederick Steinwedel
Maryland Legal Aid Bureau
500 E. Lexington Street
Baltimore, MD 21202
wsteinwedel@mdlab.org
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Objection to Confirmation to the following non-ECF participants:

Debra Westerfeld
7703 Old Battle Grove Road
Dundalk, MD 21222
*Debtor*

                                                /s/ Paul J. Moran
                                        James E. Clarke, Esquire
                                        John E. Tarburton, Esquire
                                        Paul J. Moran, Esquire
                                        Elizabeth M. Abood-Carroll, Esquire