# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| In Re: | Case No.: 21-12452 |
| | Chapter 13 |
| **DEBRA WESTERFELD,** | |
| Debtor. | |

* * * * * * * * * * * * *

## DEBTOR'S RESPONSE AND OPPOSITION TO COMMUNITY LOAN SERVICING LLC'S OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN

Debra Westerfeld, by and through her undersigned counsel, William F. Steinwedel of the Maryland Legal Aid Bureau, hereby files this Response and Opposition to Community Loan Servicing LLC's (hereafter the "Movant") Objection to the Confirmation of the Plan, and in support thereof states as follows:

1. Debtor filed her Chapter 13 Bankruptcy on April 14, 2021.

2. On April 28, 2021, the Debtor filed an Amended Chapter 13 Plan in which they proposed to pay $280.00 for 60 months for a total gross funding of $16,800.00.

3. On June 4, 2021, Movant filed an Objection to Confirmation of the Plan, stating that the Amended Chapter 13 Plan did not provide for Community Loan Servicing LLC's claim and the pre-petition arrears sought in the amount of $1,030.58.

4. On June 10, 2021, the Debtor filed a Second Amended Chapter 13 Plan that provided for Movant's pre-petition arrearage claim.

WHEREFORE, the Debtor requests that the court deny and overrule Movant Community Loan Servicing LLC's Objection to Confirmation of the Plan.

2

/s/William F. Steinwedel
William F. Steinwedel
Maryland Legal Aid Bureau
500 E. Lexington Avenue
Baltimore, Maryland 21202
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2021, I served a copy of the foregoing electronically by CM/ECF System to:

Robert Thomas, Esquire (via CM/ECF)
300 E. Joppa Road, Suite 409
Towson, Maryland 21286
*Chapter 13 Trustee*

James E. Clarke, Esquire (via CM/ECF)
P.O. Box 2548
Leesburg, Virginia 20177
*Attorney for Movant*

/s/William F. Steinwedel
William F. Steinwedel